# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **WILLIAM D. KEETING,** **Defendant.** | PO-15-5210-GF-JTJ VIOLATION: 4594897 Location Code: M13 **ORDER** |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the above citation is DISMISSED pursuant to Fed. R. Crim. P. 48(a). IT IS FURTHER ORDERED that the trial scheduled for September 22, 2016 is VACATED.

DATED this 12th day of September, 2016.

John Johnston
United States Magistrate Judge